# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| MICHAEL MCDONALD, | : No. 94 EM 2020 |
| Petitioner | : |
| v. | : |
| PHILADELPHIA COURT OF COMMON PLEAS, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 8th day of February, 2021, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are GRANTED. The Court of Common Pleas of Philadelphia County is ORDERED to adjudicate Petitioner's pending filing within 90 days.

The Prothonotary is DIRECTED to serve this Court's order on the President Judge of the Court of Common Pleas of Philadelphia County.